No. 26-02053

IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

WILLIAM MOSHER,

*Plaintiff-Appellant*,

*v.*

JASON ALEXANDER
and EVAN WICK,

*Defendants-Appellees*.

Appeal from the United States District Court
for the District of Arizona
No. 2:22-cv-00833-SMB

# MOTION TO EXTEND TIME TO FILE

Thomas R. Kayes
Alison R. Leff
Loevy + Loevy
311 North Aberdeen Street, 3rd Floor
Chicago, Illinois
312-243-5900
312-243-5902 (Fax)
kayes@loevy.com
alison@loevy.com
*Counsel for Plaintiff-Appellant*

Plaintiff-Appellant William Mosher moves under Rule 26(b) of the Federal Rules of Appellate Procedure and Circuit Rule 31-2.2(b) to extend his deadline to file his reply brief from November 4, 2026, to November 20, 2026. In support, and based on the declaration that follows, Mosher states:

1. Mosher's reply brief is now due on November 4, 2026. Dkt. 16.

2. There is good cause and substantial need for the additional extension.

3. Mosher has exercised diligence and will file his reply by the date requested, November 20, 2026.

4. The answering brief was filed on October 15, 2026. Dkt. 21.

5. Between October 15 and November 4, Mosher's counsel of record has had three oppositions to substantial dispositive motions due and, between November 1, 2026, and November 6, 2026, will be out of town for to attend a hands-on conference related to trial practice that is not amenable to working on other matters or finalizing an appellate brief.

6. Mosher conferred with the Defendant-Appellees and Defendant-Appellees have no objection to the requested extension of the briefing schedule.

7. The court reporter is not in default with regard to any designated transcripts.

For all those reasons, Mosher moves to extend his deadline to file his opening brief from November 4, 2026, to November 20, 2026.

Dated: October 28, 2026

/s/ Tom Kayes
Loevy + Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
312-243-5900
312-243-5902 (Fax)
*Counsel for Plaintiff-Appellant*

## Declaration of Thomas R. Kayes

I, Thomas R. Kayes, declare as follows:

1. I am Mosher's counsel of record.

2. I am over the 18 years of age.

3. I have personal knowledge of these facts.

4. I submit this declaration to satisfy the requirement, under Cir. R. 31-2.2(b) for a declaration showing diligence and substantial need for the extension requested.

5. The numbered paragraphs in the motion above set out the facts required by Cir. R. 31-2.2(b)(1)-(7).

6. The facts set out in those numbered paragraphs are true and correct.

I declare under penalty of perjury under the laws of the United States that the facts in this declaration are true.

Dated: October 28, 2026

/s/ Tom Kayes________________
Counsel for Plaintiff-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, I electronically filed the foregoing with the Clerk of Court using ACMS, which will electronically send notice to all counsel of record.

/s/ Tom Kayes
*Counsel for Plaintiff-Appellant*